FILED

SEP 30 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | I N D I C T M E N T |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 5:25 CR 0493 |
| ) CASE NO. | |
| MICHAEL ANTHONY STRYCHALSKI, ) | Title 18, United States Code, |
| aka ) | Sections 922(g)(1), and 924(a)(8) |
| MICHAEL ANTHONY STRYACHALSKI, ) | |
| ) | |
| Defendant. ) | JUDGE CALABRESE |

COUNT 1
(Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1. On or about July 25, 2025, in the Northern District of Ohio, Eastern Division, Defendant MICHAEL ANTHONY STRYCHALSKI, aka MICHAEL ANTHONY STRYACHALSKI, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Felon in Possession of Firearms and Ammunition, on or about February 17, 2021, in Case Number 5:20CR431, in the Northern District of Ohio, District Court, Eastern Division; and Complicity to Commit Aggravated Robbery, on or about September 16, 2009, in Case Number 2009CR1024(B), in the Stark County Court of Common Pleas, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Charter Arms model Undercover .38 SPL, .38 Caliber revolver, bearing serial number 190715, said firearm and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE

The Grand Jury further charges:

2. The allegation of Count 1 is hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c). As a result of the foregoing offense, Defendant MICHAEL ANTHONY STRYCHALSKI, aka MICHAEL ANTHONY STRYACHALSKI shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the violation charged in Count 1.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.